1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORBRIGHT BANK f/k/a Congressional Bank, a Maryland chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>CONTOUR PROPCO 1735 S MISSION, LLC, a Delaware limited liability company, CONTOUR OPCO 1735 S MISSION, LLC, a Delaware limited liability company, UMB BANK, N.A., a national banking association, ZB, N.A. D/B/A NATIONAL BANK OF ARIZONA, a national banking association, PRO-VIGIL, INC., a Texas corporation, and DOES 1-12, the last twelve names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or entities, if any, having or claiming an interest in or lien upon the mortgaged premises described in the complaint,<br><br>Defendants. | Case No.: 23-cv-00931-JAH-NLS<br><br>**ORDER SETTING HEARING ON *EX PARTE* APPLICATION (ECF No. 7)** |

1

Pending before the Court is an *Ex Parte* Application For An Order Appointing Receiver by Plaintiff Forbright Bank f/k/a Congressional Bank, a Maryland chartered commercial bank ("Plaintiff").  (ECF No. 7).  Plaintiff's application requests the Court appoint a receiver, or in the alternative, set an expedited briefing schedule and hearing on the instant motion.[1]  Upon review of the application, the Court notes Plaintiff's failure to set forth the pertinent legal standard for the appointment of a receiver.  *See e.g., Canada Life Assur. Co. v. Lapeter*, 563 F.3d 837, 844 (9th Cir. 2009).   Despite this deficiency, the Court finds it appropriate to set a briefing schedule on the instant application.  Accordingly, IT IS HEREBY ORDERED Plaintiff's *ex parte* application is granted in part and denied in part.

1. Plaintiff is to file a supplemental brief to their *ex parte* application, not exceeding ten pages, on or before **May 30, 2023, at 12:00 p.m.;**

2. Defendants Contour PropCo 1735 S Mission, LLC, a Delaware limited liability company, and Contour OpCo 1735 S Mission, LLC (collectively "Defendants") shall file a response to Plaintiff's *ex parte* application, not exceeding ten pages, on or before **June 5, 2023, by 12:00 p.m.**  No reply shall be entertained in the matter.

3. The Parties shall appear for a hearing on the application on **June 12, 2023, at 10:30 a.m.** before the Honorable John A. Houston, United States District Judge, in Courtroom 13B, 333 West Broadway, San Diego, California.

**IT IS SO ORDERED.**

DATED: May 25, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also expresses concern with the removal of this action and the Court's jurisdiction in this diversity action.  The briefing here is limited to Plaintiff's application for the appointment of a receiver.  Any jurisdictional concerns may be addressed in a motion to remand, subject to the Federal Rules of Civil Procedure, Civil Local Rules, and case law.