1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FORBRIGHT BANK f/k/a Congressional Bank, a Maryland chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>CONTOUR PROPCO 1735 S MISSION, LLC, a Delaware limited liability company, CONTOUR OPCO 1735 S MISSION, LLC, a Delaware limited liability company, UMB BANK, N.A., a national banking association, ZB, N.A. D/B/A NATIONAL BANK OF ARIZONA, a national banking association, PRO-VIGIL, INC., a Texas corporation, and DOES 1-12, the last twelve names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or entities, if any, having or claiming an interest in or lien upon the mortgaged premises described in the complaint,<br><br>Defendants. | Case No.: 23-cv-00931-JAH-NLS<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |
|---|---|

On May 24, 2023, Defendants Contour PropCo 1735 S Mission, LLC, a Delaware limited liability company, and Contour OpCo 1735 S Mission, LLC's (collectively, "Defendants") filed a notice of bankruptcy and automatic stay based upon the filing of the bankruptcy petition in the United States Bankruptcy Court for the District of Nevada. (ECF No. 10). The Court stayed the matter pursuant to 11 U.S.C. § 362. (ECF No. 12). In order to manage its docket, the Court HEREBY DIRECTS the Clerk of the Court to ADMINISTRATIVELY CLOSE this case until the automatic stay in the parallel bankruptcy proceeding is lifted. *See Sarkar v. Garland*, 39 F.4th 611, 618 (9th Cir. 2022). The case shall be restored to the trial docket upon motion of a party following the termination or expiration of the Bankruptcy Court's automatic stay to allow this action to proceed to disposition. This Order shall not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED.**

DATED: August 28, 2024

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE